IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| EDWARD CHATTERLY, ET AL. | § | |
|---|---|---|
| v. | § | CIVIL ACTION NO. 6:06cv185 |
| MATT FOREE, ET AL. | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of Defendants' Renewed 12(b)(6) Motion to Dismiss (document #16), has been presented for consideration. The Report and Recommendation recommends that the motion to dismiss be granted and that Edward Chatterly's claims against Foree for unlawful arrest and detention and Plaintiffs' claims against Foree for unlawful search should be dismissed. No written objections have been filed in response to the Report and Recommendation. Therefore, the findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court. In light of the foregoing, it is

**ORDERED** that Defendants' Renewed 12(b)(6) Motion to Dismiss (document #16) is **GRANTED**. Edward Chatterly's claims against Foree for unlawful arrest and detention and Plaintiffs' claims against Foree for unlawful search are **DISMISSED**.

So ORDERED and SIGNED this 15th day of October, 2006.

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE